was correct. We have examined the exceptions noted in the appellant's brief, and we do not think that any of them present any reversible errors. The judgment and order appealed from is affirmed, with costs. Judgment and order affirmed, with costs.

DELEHANTY, J., concurs.

McDAVITT, Respondent, v. GEBBIE & CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1902.) Action by Frank McDavitt against Gebbie & Co. No opinion. Judgment of the municipal court affirmed by default, with costs.

McDOWELL, Respondent, v. BROOKS, Appellant. (Supreme Court, Appellate Division, First Department. January 24, 1902.) Action by Henry B. McDowell against John Brooks. E. H. Childs, for appellant. L. W. Stotesbury, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer, on payment of costs in this court and in the court below.

McGINNIS, Appellant, v. KEYES, Respondent. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) Action by Bernard McGinnis against Cora W. Keyes. No opinion. Judgment affirmed, with costs.

McKINNEY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1902.) Action by William McKinney against the Brooklyn Heights Railroad Company. No opinion. Judgment and order affirmed, with costs.

McKINNEY v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. December 10, 1901.) Action by Nettie L. McKinney against the New York Central & Hudson River Railroad Company. No opinion. Motion to amend order nunc pro tunc granted.

McKNIGHT, Respondent, v. CLIFF PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 21, 1902.) Action by Matthew McKnight against the Cliff Paper Company. No opinion. Judgment and order affirmed, with costs.

McSWEGAN, Respondent, v. NEW PALTZ & P. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) Action by Frank McSwegan, Jr., against the New Paltz & Poughkeepsie Traction Company. No opinion. Judgment unanimously affirmed, with costs.

MACLINCHY v. BROOKE et al. (Supreme Court, Appellate Division, Second Department. January 24, 1902.) Action by William H. Maclinchy against Frederick Brooke and others, of whom Brooke, Mack & Peace appeal. No opinion. Motion denied.

MAGNOLIA METAL CO., Respondent, v. DREW, Appellant. (Supreme Court, Appellate Division, First Department. January 10, 1902.) Action by the Magnolia Metal Company against Edward E. Drew. J. D. Fessenden, for appellant. M. Stein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MAHAN, Appellant, v. PALMER, Respondent. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) Action by Alexander Mahan against Horatio R. Palmer. No opinion. Judgment affirmed, with costs. All concur, except SMITH, J., not voting.

MAHANEY, Respondent, v. CARR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 7, 1902.) Action by Catherine E. Mahaney against Margaret Carr and others. No opinion. Judgment affirmed, with costs.

MAHONEY, Respondent, v. O'NEIL, Appellant. (City Court of New York, General Term. December, 1901.) Action by William H. Mahoney against James O'Neil. Kenneson, Crain, Emley & Rubino (Thaddeus D. Kenneson, of counsel), for appellant. Lamb, Osborne & Petty (Gilbert D. Lamb, of counsel). for respondent.

McCARTHY, J. This is known as the second appeal, and is an appeal by the defendant from an order affirming the clerk's taxation of the bill of costs as presented by the plaintiff. This case has been tried three times. On the first trial the jury disagreed, and on the second and third trials the verdict was for the plaintiff. The clerk awarded to the plaintiff, as stated in his brief, all his costs and disbursements on the trials and appeals where he had succeeded, in addition to the costs of the trial (now under review), and he was deprived only of the costs in the appellate term, where defendant had succeeded. We think this was correct, and in conformity with the cases of Belt v. Insurance Co., 33 App. Div. 239, 53 N. Y. Supp. 363, and cases therein cited, Sisters of Charity v. Kelly, 68 N. Y. 628, and First Nat. Bank v. Fourth Nat. Bank, 84 N. Y. 469. The order appealed from is affirmed, with costs. Order affirmed, with costs. All concur. See 61 N. Y. Supp. 69.

MAN et al. v. NEW YORK & S. B. RY. CO. et al. (Supreme Court, Appellate Division, Second Department. January 10, 1902.) Action by William Man and another, as trustees, against the New York & Sea Beach Railway Company and others. No opinion. Motion granted. Order to be settled before HIRSCHBERG, J.

MAN et al. v. NEW YORK & S. B. RY. CO. et al. (Supreme Court, Appellate Division, Second Department. January 17, 1902.) Action by William Man and another, as trustees, against the New York & Sea Beach Railway

Company and others. George Edwin Joseph named as permanent receiver of defendant company. No opinion. Order signed.

MANNING v. GENESEE RIVER & L. O. STEAMBOAT CO. (Supreme Court, Appellate Division, Fourth Department. January 14, 1902.) Action by William Wallace Manning, an infant, against the Genesee River & Lake Ontario Steamboat Company. No opinion. Motion for reargument denied, with $10 costs.

MARLIN FIREARMS CO. v. SHIELDS. (Supreme Court, Appellate Division, First Department. February 14, 1902.) Action by the Marlin Firearms Company against George O. Shields. No opinion. Motion for leave to go to court of appeals granted.

MATTHEWS v. ROSE. (Supreme Court, Appellate Division, First Department. February 14, 1902.) Action by Sarah A. Matthews against William G. Rose. No opinion. Motion denied.

MATTHEWS et al., Appellants, v. ROSE et al., Respondents. (Supreme Court, Appellate Division, First Department. February 7, 1902.) Action by Sarah A. Matthews and others against William G. Rose and others. F. J. Moses, for appellants. G. Nathan, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

MATTHIE, Appellant, v. ARENTS, Respondent. (Supreme Court, Appellate Division, Second Department. January 24, 1902.) Action by William A. C. Matthie against Charles R. Arents, as general manager, etc., for John Gibb and others. No opinion. Judgment affirmed, with costs, on the opinion in Matthie v. Insurance Co. (decided herewith) 74 N. Y. Supp. 177.

MAUGHAN v. PARKES SEWING MACH. CO. et al. (Supreme Court, Appellate Division, First Department. February 14, 1902.) Action by John H. Maughan against Parkes Sewing Machine Company and others. No opinion. Motion granted.

MAY, Respondent, v. MACKINNON, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1902.) Action by C. Cutler May against John A. Mackinnon. V. Victory, for appellant. E. R. Billingham, for respondent. No opinion. Order affirmed, without costs, on plaintiff giving a new undertaking, with sufficient sureties, in the sum of $250. See 71 N. Y. Supp. 1141.

In re MAYOR, ETC., OF CITY OF NEW YORK. In re KAYSER. (Supreme Court, Appellate Division, First Department. February 7, 1902.) In the matter of the mayor, aldermen, and commonalty of the city of New York and in the matter of Kayser. No opinion. Motion granted.

MEAD, Respondent, v. DUNLEVIC, Appellant. (Supreme Court, Appellate Division, 74 N.Y.S.—72

Fourth Department. January 14, 1902.) Action by Israel Mead against Ernest V. Dunlevic. No opinion. Judgment affirmed, with costs. All concur, except McLENNAN and WILLIAMS, JJ., dissenting upon the ground that the parol evidence objected to was inadmissible.

MEDICAL COLLEGE LABORATORY v. NEW YORK UNIVERSITY. (Supreme Court, Appellate Division, First Department. February 14, 1902.) Action by the Medical College Laboratory against the New York University. No opinion. Motion to take papers from file granted, upon payment of $10 costs, and leave given to move for resettlement of case in the court below, upon payment of an additional $10.

MELODY v. COLER, City Comptroller. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) In the matter of the application of William E. Melody for a writ of mandamus against Bird S. Coler, as comptroller of the city of New York. No opinion. Order for writ of peremptory mandamus affirmed, with $10 costs and disbursements.

MEYERS, Respondent, v. MOSES, Appellant. (Supreme Court, Appellate Division, First Department. January 10, 1902.) Action by Ellen Meyers against Rosalia D. Moses, executrix. M. H. Ryttenberg, for appellant. E. H. Benn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MEYERS v. RICH et al. (Supreme Court, Appellate Division, First Department. January 24, 1902.) Action by Augustus Meyers against Lawson C. Rich and others. From a judgment in favor of plaintiff and of defendant D. K. Martin Roofing & Manufacturing Company, Charles N. Talbot, as assignee for the benefit of creditors of Andrew J. Robinson, appeals. Reversed. Henry D. Baldwin, for appellant. H. B. Closson, for respondent Meyers. W. C. Percy, for respondent D. K. Martin Roofing & Mfg. Co.

PER CURIAM. The questions involved on this appeal are the same as those under consideration in the case of John P. Kane Co. v. Kinney (decided herewith) 74 N. Y. Supp. 260, and for the reasons assigned in the opinion in that case the judgment appealed from must be reversed, and judgment directed for the defendant, dismissing the complaint upon the merits, without costs.

MICHEL, Respondent, v. ROULSTON, Appellant. (Supreme Court, Appellate Division, Second Department. December 23, 1901.) Action by Catharine Michel against Thomas Roulston.

PER CURIAM. Judgment of the municipal court affirmed, with costs.

GOODRICH, P. J., and SEWELL, J., dissent.

MIDDLEWORTH, Respondent, v. LOWERY, Appellant (two cases). (Supreme Court,